IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DARYL A. ROYSTER,**

    **Plaintiff,**

**vs.**                       **3:06cv357/RV/EMT**

**MIKE ROGERS and SECRETARY
OF HOUSING AND URBAN\
DEVELOPMENT,**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 24, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the report and recommendation, and the objection thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITH PREJUDICE under Title 28, United States Code, Section 1915(e)(2)(B)(i).

DONE AND ORDERED this 31st day of August, 2006.

                                          /s/ *Roger Vinson*
                                          Roger Vinson
                                          Senior United States District Judge